UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME BROWN, JR.,

          Plaintiff,

     vs.

WILLIAM P. BARR, et al.,

          Defendants.

NO. C19-1311RSL

ORDER

      On August 20, 2019, the Clerk of Court, William M. McCool, mailed a deficiency letter to plaintiff in the above-captioned matter. Dkt. # 3. The letter was returned unopened on September 13, 2019, because plaintiff apparently no longer resides at the address on file with the Court. On September 17, 2019 the plaintiff filed a document at Dkt. # 6. The return address on the envelope was different than the address plaintiff had provided to the Court.

      The Clerk of Court is directed to send plaintiff another copy of the Report and Recommendation (Dkt. # 4) at the following addresses:

     704 Washington Ave. #1
     La Plata, MD 20646

     9933 Greenbelt Rd. #304
     Lanham, MD 20706

      Plaintiff shall file and serve his objections to the recommendation, if any, within fifteen

ORDER

days of the date of this Order.  Failure to file objections within the specified time waives the right to appeal any order by the district court adopting the recommendation.  Plaintiff shall note his objections, if any, for consideration on the district court's calendar for the third Friday after they are filed.  If no timely objections are filed, the matter will be ready for consideration by Judge Lasnik on Friday, October 4, 2019.

DATED this 19th day of September, 2019.


Robert S. Lasnik
United States District Judge

ORDER