UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME JULIUS BROWN, SR.,[1]

  Plaintiff,

  v.

WILLIAM P. BARR, *et al.*,

  Defendants.

NO. C19-13110RSL

ORDER

On October 21, 2019, plaintiff filed a notice of change of address that includes both a Maryland and a Washington address. Dkt. # 13. The Clerk of Court is hereby directed to send plaintiff another copy of the Report and Recommendation (Dkt. # 4) at the following addresses:

  7004 Washington Ave. 1
  La Plata, MD 20646

  8027 40th Ave. NE
  Seattle, WA 98115-4928

Plaintiff shall file and serve his objections to the Report and Recommendation, if any, within twenty-one (21) days of the date of this Order. Failure to file objections within the specified time waives the right to appeal any order by the district court adopting the recommendation. Plaintiff shall note his objections, if any, for consideration on the Court's calendar for the third Friday

---

[1] The record in this matter identifies the plaintiff as both "Sr." and "Jr." Although the signature line on the application for leave to proceed *in forma pauperis* could be interpreted as "Jr.," the complaint and other documents in the record clearly identify Mr. Brown as "Sr."

ORDER - 1

after they are filed. If no timely objections are filed, the matter will be ready for consideration by Judge Lasnik on Friday, November 22, 2019.

Dated this 30th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2